UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 09-183 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| KEENAN WELDON, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>: Bank Fraud, Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>: April 22, 2009

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1) Defendant's lengthy criminal record reflects numerous failures and bench warrant activity to appear. At the time of the alleged instance offense, defendant was in a bench warrant

DETENTION ORDER 15.13
18 U.S.C. § 3142(i) Rev. 1/91
PAGE 1

status, with an outstanding warrant from Pierce County Superior Court for a similar charge. He has two pending criminal cases, in addition to this Court. He is associated with at least eight alias names, five dates of birth and two Social Security numbers. At the time of a search of his residence, agents found numerous counterfeit documents, stolen mail, and other items used in identity fraud. The AUSA proffers that defendant has been supporting himself by engaging in bank fraud.

(2) The defendant poses a risk of nonappearance based on unemployment, controlled substance use, the use of multiple personal identifiers, and a history of failure to appear and failure to abide by court orders. He poses a risk of danger due to controlled substance use, criminal history, and the nature of the instance offense.

(3) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant

is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 22nd day of April, 2009.

                              /s/ Mary Alice Theiler
                              Mary Alice Theiler
                              United States Magistrate Judge